**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DEAN & DELUCA NEW YORK, INC., | : | Case No. 20-10916 (MEW) |
| *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors[1] | : | |

### AFFIDAVIT OF SERVICE

I, Victoria X. Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 23, 2020, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Supplemental Declaration of Joseph Baum in Support of Motion of the Debtors to Modify the Argus Management Corporation Retention Order to Permit Employment of CFGI Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to Provide the Debtors with Chief Restructuring Officers and Related Managerial Services and Assistance** (Docket No. 440)

- **Notice of Filing of (A) Amended Proposed Order; and (B) Blackline of Proposed Order Granting Debtors' Motion to Modify the Argus Management Corporation Retention Application to Employ CFGI Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to Provide the Debtors with Chief Restructuring Officers and Related Managerial Services and Assistance** (Docket No. 441)

- **Notice of Agenda of Matters Scheduled for Confirmation Hearing on November 24, 2020 at 10:00 A.M.** (Docket No. 443)

Dated: November 23, 2020

_____
Victoria X. Tran

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 23rd day of November 2020 by Victoria X. Tran.

_____
(Notary's official signature)

> AMANDA LEE HINCHEY
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20204030900
> MY COMMISSION EXPIRES SEPTEMBER 24, 2024

[1] The Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Dean & Deluca New York, Inc. (3111); Dean & Deluca, Inc. (2998); Dean & Deluca Brands, Inc. (2878); Dean & Deluca International, LLC (8995); Dean 7 Deluca Small Format, LLC (1806); Dean & Deluca Atlanta, LLC (6678); Dean & Deluca Markets, LLC (2674). The registered address for the Debtors is 251 Little Falls Drive, Wilmington, Delaware 19808.

# <u>Exhibit A</u>

**STRETTO**

**Exhibit A**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| 40 Wall Street LLC | c/o Belkin Burden Goldman, LLP | Attn: Jay B. Solomon | jsolomon@bbgllp.com |
| Bayani Lauraya | c/o The Law Office of Gilbert A. Lazarus, PLLC | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Cityspire, Inc | c/o Greenberg Traurig, LLP | Attn: Gregory Wong | wonggr@gtlaw.com |
| Cityspire, Inc. | c/o Greenberg Traurig, LLP | Attn: Kenneth A. Philbin and Adiella C. Stadler | philbink@gtlaw.com stadlera@gtlaw.com |
| Emerald Capital Advisors | c/o The Law Office of Thomas M. Mullaney | Attn: Thomas M. Mullaney | tmm@mullaw.org |
| New York State Department of Taxation and Finance | c/o Special Bankruptcy Counsel | Attn: Letitia James and Enid Nagler Stuart | enid.stuart@ag.ny.gov |
| Office of The United States Trustee | Attn: Linda A. Riffkin and Andrea B. Schwartz | | andrea.b.schwartz@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Arent Fox LLP | Attn: George P. Angelich and Jordana L. Renert | george.angelich@arentfox.com jordana.renert@arentfox.com |
| Official Committee of Unsecured Creditors | c/o Arent Fox LLP | Attn: Justin A. Kesselman | justin.kesselman@arentfox.com |
| Official Committee of Unsecured Creditors | c/o Arent Fox LLP | Attn: Jackson D. Toof | jackson.toof@arentfox.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| R & R Land, LLC, Northridge Warehouse, LLC and A&L Enterprises | c/o Steyer Lowenthal Boodrookas Alvarez & Smith LLP | Attn: Dana M. Andreoli | dandreoli@steyerlaw.com |
| Siam Commercial Bank Public Company Limited | c/o Chapman and Cutler LLP | Attn: Larry G. Halperin and Joon P. Hong | halperin@chapman.com joonhong@chapman.com |
| Slg Graybar Mesne Lease LLC | c/o Cole Schotz P.C. | Attn: Ryan T. Jareck | rjareck@coleschotz.com |
| United Parcel Service, Inc. | c/o Morrison & Foerster LLP | Attn: Jennifer L. Marines and Erica J. Richards | JMarines@mofo.com ERichards@mofo.com |

In re: Dean DeLuca New York, Inc., et al.
Case No. 20-10916 (MEW)